RECEIVED
AUG 29 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JODY LYNN GARY | : | DOCKET NO. 16-cv-473 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| WOMEN & CHILDREN'S HOSPITAL OF DELAWARE, LLC (a/k/a LAKE AREA MEDICAL CENTER) | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the plaintiff's objections to the Report and Recommendation;

**IT IS ORDERED** that the Plaintiff's Motion to Amend [doc. 15] and Motion to Remand [doc. 14] be and hereby are **DENIED**.

**THUS DONE** in Alexandria, Louisiana on this 29th day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE