UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JODY LYNN GARY** | * | CIVIL ACTION NO. 2:16-CV-00473 |
| **VERSUS** | * | |
| **WOMEN & CHILDREN'S HOSPITAL OF DELAWARE LLC** | * | UNASSIGNED DISTRICT JUDGE |
| | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 46) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objections (Rec. Doc. 47), and a *de novo* determination of the issues, the Court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the defendant's Motion for Summary Judgment (Rec. Doc. 27) is **GRANTED**, and the plaintiff's claims are **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 2 day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE